Attachment One

Six days before death
Taken by brother.







































Paul Silh
5-14-21

Stan
Gullin
5-14-21